UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 12-1679 | USA vs. | Mata |
| Date: | 3/22/13 | Name of Deft: | Juan Pablo Mata |
| Before the Honorable | | James O. Browning | |

| | | | |
|---|---|---|---|
| Time In/Out: | 11:28 a.m./12:27 p.m. | Total Time in Court: | :59 |
| Clerk: | K'Aun Wild | Court Reporter: | Danna Everett |
| AUSA: | Louis Valencia | Defendant's Counsel: | Santiago Juarez (Retained) |
| Sentencing in: | ABQ | Interpreter: | N/A |
| Probation Officer: | Tina Parde | Sworn? Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | X Plea | | Verdict | As to: | Information | X Indictment |
| Plea: | | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Plea Agreement: | X | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | October 1, 2012 | | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | None | | | | | |

| SENTENCE IMPOSED | Imprisonment (BOP): 22 months (21 months as to Indictment; 1 month pursuant to 18 U.S.C. 3147 and U.S.S.G. 3C1.3) |
|---|---|

| Supervised Release: | 2 years | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| X | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| X | Participate in outpatient substance abuse program | | Register as sex offender |
| X | Participate in outpatient mental health program | | Participate in sex offender treatment program |
| X | No alcohol or other forms of intoxicants | | Possess no sexual material |

| X | Submit to search of person/property | | No computer with access to online services |
|---|---|---|---|
| | No contact with victim(s) and/or co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| | OTHER: | | |

| Fine: $ | 0.00 | | Restitution: $ | 0.00 | |
|---|---|---|---|---|---|
| SPA: $ | 100.00     ($100 as to each Count) | Payment Schedule: | X | Due Immediately | Waived |

| OTHER: | Consistent with a stipulation in the Plea Agreement, the Defendant forfeits his rights, title and interest to the Century International Arms rifle, bearing serial number M70AB21160, as contained in paragraph 12 of the Plea Agreement. |
|---|---|

| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | Court recommends closest appropriate FMC to New Mexico, if eligible. |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Court confirms Defendant has objection to PSR as to 3-level enhancement for being on release at time of offense; defense counsel confirms and informs will argue in context of variance; Court overrules objection to PSR re: same. 11:30 a.m. Defense counsel argues in support of motion for downward departure as to coercion and duress; 11:38 a.m. AUSA argues in response in opposition to motion re: same; 11:39 a.m. Defense counsel argues further in support of motion re: same; 11:41 a.m. Court denies motion re: same. Court provides disclosures regarding Victor A. Titus and Officer Browning. Defense counsel addresses Court – argues in support of request for downward variance. 11:59 a.m. Defendant allocutes. AUSA tenders written motion and proposed form of order for third level reduction based on acceptance; Court grants/signs. 12:01 p.m. AUSA addresses Court. USPO responds to Court's inquiry re: enhancement and USSG requirements as to application of same. Court accepts plea agreement. Court varies equivalent of 4 offense levels. Court provides findings to support imposition of special conditions. Defense counsel requests recommendation to FMC closest to New Mexico; USPO informs recommendation to same would be appropriate; Court will recommend same. |
|---|---|